LUCY SHEEHY, as Executrix, etc., of PETER HANIFY (Also Known as PETER HANEFY), Late of the County of Kings, Deceased, and BRIDGET HANIFY, Respondents, v. JOHN T. KANE (Also Known as JOHN KEANE) and MARGARET KANE, Appellants. THE PEOPLE OF THE STATE OF NEW YORK and Others, Defendants.— Judgment reversed upon the law, with costs, complaint dismissed, and judgment directed for defendants Kane canceling and discharging the bond and mortgage, with costs. The finding that there is no proof that the making and delivery of the mortgage was without consideration is against the weight of the evidence. While the record discloses that the testatrix intended to bequeath to her brother and sister $2,000 each, the method adopted by her failed of its purpose, because it was a voluntary and unenforcible promise of an executory gift. (Holmes v. Roper, 141 N. Y. 64; Matter of James, 146 id. 78; Welch v. Graham, 124 N. Y. Supp. 945; affd., 148 App. Div. 900; affd., 210 N. Y. 637; Dougherty v. Salt, 227 id. 200, 202.) Lazansky, P. J., Rich, Hagarty, Carswell and Scudder, JJ., concur.

THEODORE SIGRIST, Unmarried, Appellant, v. ANNA M. SIGRIST and Others, Defendants. CHARLES G. STEWART, Respondent.— Order denying motion to compel purchaser to complete purchase affirmed, with ten dollars costs and disbursements, on authority of Toole v. Larkin (206 App. Div. 809). Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ., concur.

FLORENCE STORY, Appellant, v. " SUSAN " FIELD, the Name " SUSAN " Being Fictitious, the Real First Name of Defendant Being Unknown to Plaintiff, the Person Intended as Defendant Herein Being the Wife of JOHN CHARLES FIELD, Residing at Number 2189 Pitkin Avenue, Borough of Brooklyn, City and State of New York, Respondent.— Order and judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

TITLE ESTATES AND MORTGAGE COMPANY, Respondent, v. SOLOW & GLASS, INCORPORATED, and Others, Defendants. SILVER LUMBER Co., INC., and ROKOFSKY IRON WORKS, INC., Appellants.— Order denying motion to vacate order directing judgment on the pleadings, to vacate judgment of foreclosure and sale, and to compel acceptance of amended answers affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.